AO 245B     (Rev. 12/03) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT:          Mark Allen Mudra                        Judgment — Page   2   of   6
CASE NUMBER:        04-6

05 MAR -8  AM 10: 47

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:        63 months.

☒  The court makes the following recommendations to the Bureau of Prisons:
that defendant be given immediate mental health evaluation and treatment at a federal mental health facility.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.     on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ 2-11-05 _____ to ___ FCI ___

a ___ Pekin, IL ___ , with a certified copy of this judgment.

_R. V. Veach, Warden_____
                    UNITED STATES MARSHAL

By _S Blakely, CIE_____
                    DEPUTY UNITED STATES MARSHAL