UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,                                    ) | Criminal No. 04-6 |
| ) | |
| v.                                                     ) | |
| ) | |
| MARK ALLEN MUDRA                ) | SATISFACTION OF JUDGMENT |
| ) | |
| Defendant.                                ) | |
| ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of that certain judgment for a crime victim fund assessment, entered on October 29, 2004, in favor of the United States of America, against the above-named defendant. The clerk is hereby authorized and directed to enter satisfaction of record in this action.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney

By: /s/ Gary L. Hayward
Gary L. Hayward
Assistant United States Attorney
U.S. Courthouse Annex
110 E. Court Avenue
Des Moines, Iowa  50309
Tel: (515) 284-6474
Fax: (515) 284-6492
Email: Gary.Hayward@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 6, 2007, I electronically filed the foregoing with the Clerk of Court using the ECF system and that a true copy of the United States' Satisfaction of Judgment was served either electronically or by U.S. First Class Mail upon the following on April 6, 2007

Mark Allen Mudra

                                                  */s/ Gary L. Hayward*
                                                  Gary L. Hayward
                                                  Assistant U.S. Attorney